■ In the Matter of PABLO DONES, Petitioner, v CHARLES SCULLY, as Superintendent of Green Haven Correctional Facility, Respondent.—Proceeding pursuant to CPLR article 78 (transferred to this court by order of the Supreme Court, entered in Washington County) to review a determination of respondent which assigned petitioner to involuntary protective custody.

Appeal dismissed, as moot, without costs, upon the ground that the relief requested has been granted by respondent. Kane, J. P., Mikoll, Levine, Harvey and Mercure, JJ., concur.